# SALINE COUNTY SHERIFFS OFFICE
## Incident Report
Case Number: 2017-2539

Report Type: **DISORDERLY CONDUCT**

Page 1 of 4

| | |
|---|---|
| INCIDENT # : 2017-2539 | Report Date: 07/03/2017 |
| Address: 13804 ROYAL OAKS DRIVE | Report Time: 1800 - hours |
| City, State. Zip: MABELVALE, AR. 72013- | Date Occured From: 07/03/2017 - - hours |
| Zone: E | Date Occured Thru: - - hours |
| Reporting Officer: 612 - TURNER, MARANDA | Reportable: Yes |
| Assigned Officer: | Assigned Date: |
| | Exceptional Clearance: |

## INCIDENT OFFENSE(S)

U.C.R.: 90C -DISORDERLY CONDUCT

## VICTIM(S)

Victim: **STATE OF ARKANSAS**
Address: 735 SOUTH NEELEY ST
City, State. Zip: BENTON, AR. 72019-

Race:   Sex:   Height:   Weight:
Hair:   Eyes:   Hispanic:
Home Phone:   Work Phone:   Cell Phone:   SSN:
Employer:   Occupation:
Email:   DL#:   D.O.B. : ()

## SUSPECT(S) / ARRESTEE(S) / MISSING PERSON(S)

SUSPECT: **ARNOLD, NELLIE**
Home Address: 13804 ROYAL OAKS
City, State.Zip: MABELVALE, AR. 72103-   Apt:
Home Phone:   Cell Phone:
Occupation:
Employer: UNEMPLOYED
D.O.B. : 01/08/1941 (76)   S.S.N. : xxx-xx-xxxx
Race: W   Sex: F   Height:   Weight:   Hair:   Eyes:   Hispanic: Unk

Arrest Date:   Time: Hours   UCR: 90C
Arrested By:
Arrested At:
Armed With:
Warrants Signed:
Work Phone:
DL#:

| CHARGE | Court | Court Date | TIME | DOCKET | BOND | TERMS | CHARGE DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 2427 | | | | | .00 | | DISORDERLY CONDUCT |
| 2449 | | | | | .00 | | RESISTING ARREST |
| 2102 | | | | | .00 | | TERRORISTIC THREATENING - 1ST DEGREE / T |

ARRESTEE: **BEST, LOWELL LYNN**
Home Address: 13804 ROYAL OAKS
City, State.Zip: MABELVALE, AR. 72103-   Apt:
Home Phone: (501) 541-5858   Cell Phone:
Occupation:
Employer: NONE
D.O.B. : 01/04/1969 (48)   S.S.N. : xxx-xx-xxxx
Race: W   Sex: M   Height: 507   Weight 210   Hair: BR   Eyes BR   Hispanic: No

Arrest Date: 07/03/2017   Time: 1900 Hours   UCR: 90C
Arrested By: 612 - TURNER, MARANDA
Arrested At: 13804 ROYAL OAKS DRIVE
Armed With: UNARMED
Warrants Signed:
Work Phone:
DL#:

| CHARGE | Court | Court Date | TIME | DOCKET | BOND | TERMS | CHARGE DESCRIPTION |
|---|---|---|---|---|---|---|---|
| 2427 | | | | | .00 | | DISORDERLY CONDUCT |

## NARRATIVE

Reporting Officer: 612 - TURNER, MARANDA

On July 3, 2017, at approximately 1756 hours, I, Deputy Turner (612) along with Corporal Bittle (611) responded to the residence of 13804 Royal Oaks Drive in reference to a disturbance.

Upon arrival deputies made contact with Mr. Lowel Best (offender). Mr. Best stated he did not need deputies at his residence. Mr. Best stated, "I just want to know if it is illegal to have mace spray, because she (Nellie Arnold) has some, and is threatening me with it." Deputies advised Mr. Best having mace spray was not illegal.

---

Reporting Officer: **612 - TURNER, MARANDA**   Approving Officer: 611 - BITTLE, BRENT
Print Date: Wednesday, January 24, 2018 01:42:32PM   Form_IncidentReport_Rev2   Incident Tracking#: 2425227   0731

Saline County Defendants/ MSJ Exhibit B

## SALINE COUNTY SHERIFFS OFFICE
### Incident Report
Case Number: **2017-2539**
Report Type: **DISORDERLY CONDUCT**

Page 2 of 4

While deputies were making contact with Mr. Best, Ms. Nellie Arnold (offender) walked outside the residence with what appeared to be red lipstick smeared all over her face. Ms. Nellie screamed at both deputies and advised she was not crazy. Ms. Nellie also advised deputies that she could tell the future.

Ms. Nellie advised deputies the substance on her face, was her "war paint". Ms. Nellie Arnold then advised she was wearing her "war paint", because she was about to kick Mr. Lowel Best's ass.

Ms. Nellie Arnold stated she wanted Mr. Best removed from the residence because he called her a bitch. Deputies advised Ms. Nellie Arnold of the eviction notice process because Mr. Best was residing at the residence.

Subsequently, Ms. Nellie Arnold started screaming at deputies once again, and told Mr. Best she was going to put him into a pine box. Ms. Nellie Arnold stated if we did not make Mr. Best leave the residence, then she would take care of the problem herself.

At that time, due to the known mental state of mind of Ms. Arnold, deputies decided to give both parties (Mr. Best and Ms. Arnold) a verbal warning. Both parties were advised if deputies had to be dispatched to the address one more time (seventh time on July 3, 2017), both parties would be taken into custody.

On July 3, 2017, at approximately 1818 hours, I Deputy Turner (612) along with Corporal Bittle (611) were once again dispatched to 13804 Royal Oaks Drive, in reference to a disturbance.

While driving up to the residence, we observed Ms. Nellie Arnold outside the residence at the trunk of her car. Before exiting the unit, Corporal Bittle (611) advised me (612) to go ahead and put Ms. Nellie Arnold into handcuffs and place her into the back of the patrol unit.

I walked up to Ms. Arnold and advised her to put her hands behind her back. Ms. Arnold just stared at me. I once again asked Ms. Arnold to put her hands behind her back. Ms. Arnold stated, "No, I will put my hands behind my back when I am ready to." Ms. Arnold then proceeded to put her left hand into her pocket. I advised Ms. Arnold to remove her hand from her pocket. Ms. Arnold stated, "I am getting my car keys to lock my car." I observed Ms. Arnold's car keys already in her right hand, subsequently, I then quickly removed Ms. Arnold's left hand out of her pocket.

Ms. Arnold was once again told to turn around, and place her hands behind her back. Ms. Arnold still refused to listen to both deputies. I then got behind Ms. Arnold, and was able to get her right hand behind her back. While I was placing her right hand into handcuffs, Ms. Arnold started to resist more, and consistently tried to reach into her left pocket. Deputies were unsure if the mace spray Ms. Arnold had earlier was in her pocket. I then pulled on Ms. Arnold's right hand, which was in the handcuff, to try to get her left hand, which was reaching into her pocket. Ms. Arnold lost her balance, and fell to the ground on her left side. Ms. Arnold tried to catch herself while falling, causing her to have a compound fracture at her left wrist.

The handcuff placed on Ms. Arnold's right wrist was released, and Corporal Bittle advised dispatch to send medical.

Once medical arrived, they stabilized Ms. Arnold's arm, and transported her by ambulance to UAMS hospital.

Mr. Lowel Best was then placed under arrest for disorderly conduct, and transported to the Saline County Jail.

A warrant will be sought on Mrs Arnold for disorderly conduct, resisting arrest, and terroristic threatening 1st

| Reporting Officer: **612 - TURNER, MARANDA** | Approving Officer: **611 - BITTLE, BRENT** |
|---|---|

Print Date: Wednesday, January 24, 2018 01:42:32PM    Form_IncidentReport_Rev2   Incident Tracking#: 2425227   0731

Saline County Defendants/ MSJ Exhibit B

SALINE COUNTY SHERIFFS OFFICE
Incident Report
Case Number: **2017-2539**
Report Type: **DISORDERLY CONDUCT**

Page 3 of 4

degree.

## CASE MANAGEMENT INFO

Reporting Officer: **612 - TURNER, MARANDA**  Report Date: **07/03/2017**
Approving Officer: **611 - BITTLE, BRENT**  Approving Date: **07/04/2017**
Assigned Officer:  Assigned Date:
Clearing Officer:  Clearing Date:

Officer Signature: _____  Date: **07/04/2017** Supervisor: _____

Reporting Officer: **612 - TURNER, MARANDA** | Approving Officer: 611 - BITTLE, BRENT
Print Date: Wednesday, January 24, 2018 01:42:32PM | *Form_IncidentReport_Rev2* Incident Tracking#: 2425227 | *0731*

**Saline County Defendants/ MSJ Exhibit B**



SALINE COUNTY SHERIFFS OFFICE
Incident Report
Case Number: **2017-2539**
Report Type: DISORDERLY CONDUCT
Sequence No: 001

Page 4 of 4

## SUPPLEMENTAL REPORT

Reporting Officer: **BITTLE, BRENT (611)**  Date: Tuesday, July 4, 2017

On July 3rd 2017, I Corporal Bittle (611) was in the vehicle with Deputy Turner (612). We were dispatched to a second call at 13804 Royal Oaks Drive in reference to a disturbance.

Upon arrival, Mrs Nellie Arnold (offender) was outside the residence, standing behind a vehicle. I advised Deputy Turner to go ahead and place Mrs. Arnold into custody, as I was going to go inside and place the male Offender Mr Lowell Best into custody.

Before I could leave the area and get into the home to arrest Mr. Best, Mrs. Arnold started to actively resist Deputy Turner. Deputy Turner began giving Mrs. Arnold commands, to which she would not comply. Deputy Turner was able to get one hand into a handcuff on Mrs. Arnold, when Mrs. Arnold tried to break free from Deputy Turner, causing herself to fall to the ground. Mrs. Arnold started to complain of her arm being broke. I went to check on Mrs. Arnold's arm, and noticed that it was indeed broken, and the bone had broken through the skin. I immediately contacted Central Dispatch, to send medical assistance.

Shannon Hills Police Department officers arrived on scene, and had a trauma bag with them. They immediately started to conduct first aid to Mrs. Arnold.

MedTran and Northeast Fire Department arrived on scene and took over care of Mrs. Arnold.

At approxiamelty 8:00pm, I was contacted by Mrs Arnold's caregiver who wanted to know the charges for Mrs. Arnold, so that she could have her boss relieve her from being in the home with Mrs. Arnold due to her already altered mental status, and threats. Mrs. Arnold's caregiver did state that Mrs. Arnold does have osteoperosis, and has very brittle bones.

Reporting Officer: **612 - TURNER, MARANDA**  Approving Officer: 611 - BITTLE, BRENT
Print Date: Wednesday, January 24, 2018 01:42:32PM  *Form_IncidentReport_Rev2*  Incident Tracking#: 2425227  *0731*

Saline County Defendants/ MSJ Exhibit B