## SALINE COUNTY 911
## 102 SOUTH MAIN STREET LEVEL B BENTON , AR 72015

CC.OccNum = 13804 AND IsNull(CC.Jurisdiction, 'Default') = 'Default' AND (DATEDIFF(d, CC.IncDate, GETDATE()) Between 0 And 365)

### CFS History Search
### Basic Report

| CFS # | Create When | Location | Caller | Type \| Disposition | User | Primary Unit |
|---|---|---|---|---|---|---|
| 2018-000678 | 01/05/2018 16:02:00 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | DISTURBANCE \| 98 | linda.dixon | 614 |
| 2018-000422 | 01/03/2018 20:32:11 | 13804 ROYAL OAKS DR, SALINE COUNTY | LOWEL BEST | DISTURBANCE \| 98 | mystic.kelley | 644 |
| 2018-000264 | 01/02/2018 18:57:45 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST,LOWELL | DISTURBANCE \| 2 | leanna.walker | 614 |
| 2017-049528 | 12/21/2017 11:36:45 | 13804 ROYAL OAKS DR, SALINE COUNTY | ARNOLD, NELLIE | DISTURBANCE \| 3 | terri.carpenter | 643 |
| 2017-049316 | 12/20/2017 03:17:57 | 13804 ROYAL OAKS DR, SALINE COUNTY | ARNOLD, NELLY | NAME AND NUMBER \| CAN | jody.caple | |
| 2017-047957 | 12/10/2017 16:09:40 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST,LOWE | TRESPASSING \| 98 | stephanie.pritchard | 620 |
| 2017-041783 | 10/30/2017 23:53:22 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | DISTURBANCE WITH WEAPON \| 2 | jeremy.harris | 634 |
| 2017-029477 | 08/08/2017 22:15:26 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST,LOWELL | UNWANTED PERSON \| 98 | dillon.carpenter | 632 |
| 2017-029461 | 08/08/2017 18:47:20 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | INFORMATION \| 3 | jeremy.harris | 632 |
| 2017-027199 | 07/24/2017 13:03:14 | 13804 ROYAL OAKS DR, SALINE COUNTY | | ESCORT \| 2 | stephanie.pritchard | 632 |
| 2017-027187 | 07/24/2017 11:12:28 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | THEFT \| 2 | ayla.guinn | 632 |
| 2017-027057 | 07/23/2017 10:32:32 | 13804 ROYAL OAKS DR, SALINE COUNTY | SOUND, ELIZABETH | NAME AND NUMBER \| 98 | ayla.guinn | 622 |
| 2017-025061 | 07/09/2017 16:23:09 | 13804 ROYAL OAKS DR, SALINE COUNTY | VIRGINIA | STROKE \| 98 | dorinda.blaylock | M1 |
| 2017-024508 | 07/06/2017 07:23:38 | 13804 ROYAL OAKS DR, SALINE COUNTY | 632 | FOLLOW UP \| 2 | linda.dixon | 632 |
| 2017-024396 | 07/05/2017 15:10:00 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | NAME AND NUMBER \| 2 | ayla.guinn | 632 |
| 2017-024312 | 07/04/2017 23:53:49 | 13804 ROYAL OAKS DR, SALINE COUNTY | ARNOLD, NELLIE | IDENTITY THEFT \| 98 | brittney.malone | 610 |
| 2017-024079 | 07/03/2017 18:18:50 | 13804 ROYAL OAKS DR, SALINE COUNTY | LOWEL BEST | DISTURBANCE \| 2 | dillon.carpenter | 611 |

**Saline County Defendants' MSJ Exhibit C**

| CFS # | Create When | Location | Caller | Type \| Disposition | User | Primary Unit |
|---|---|---|---|---|---|---|
| 2017-024074 | 07/03/2017 17:56:27 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | DISTURBANCE \| 3 | brittney.malone | 611 |
| 2017-024046 | 07/03/2017 14:26:03 | 13804 ROYAL OAKS DR, SALINE COUNTY | ARNOLD, NELLY | DISTURBANCE \| 98 | stephanie.pritchard | 620 |
| 2017-024038 | 07/03/2017 12:59:58 | 13804 ROYAL OAKS DR, SALINE COUNTY | SPRINGER, JESSICA | INFORMATION \| 3 | dorinda.blaylock | 622 |
| 2017-024026 | 07/03/2017 12:16:24 | 13804 ROYAL OAKS DR, SALINE COUNTY | 622 | TRAFFIC STOP \| 3 | brenda.stephenson | 622 |
| 2017-020220 | 06/07/2017 21:23:20 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | NAME AND NUMBER \| 3 | jamie.crane | 634 |
| 2017-020082 | 06/07/2017 00:57:56 | 13804 ROYAL OAKS DR, SALINE COUNTY | BESTLOWELL | INFORMATION \| 98 | dillon.carpenter | 622 |
| 2017-020080 | 06/07/2017 00:22:35 | 13804 ROYAL OAKS DR, SALINE COUNTY | ARNOLD, NELLIE | DISTURBANCE \| 98 | brittney.malone | 622 |
| 2017-020033 | 06/06/2017 19:15:34 | 13804 ROYAL OAKS DR, SALINE COUNTY | EDDINGS, SHAWN | INFORMATION \| 98 | brittney.malone | 624 |
| 2017-020026 | 06/06/2017 17:51:33 | 13804 ROYAL OAKS DR, SALINE COUNTY | ARNOLD, NELLIE | DISTURBANCE \| 98 | brittney.malone | 624 |
| 2017-020022 | 06/06/2017 17:32:53 | 13804 ROYAL OAKS DR, SALINE COUNTY | SHAWN | DISTURBANCE \| 3 | terri.carpenter | 622 |
| 2017-019169 | 05/31/2017 14:38:21 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | BACK PAIN \| 98 | christy.terry | M1 |
| 2017-008846 | 03/16/2017 13:55:36 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | FOUND PROPERTY \| 3 | linda.dixon | 665 |
| 2017-008603 | 03/14/2017 14:27:46 | 13804 ROYAL OAKS DR, SALINE COUNTY | MARQUITA | DISTURBANCE \| 3 | dorinda.blaylock | 623 |
| 2017-008597 | 03/14/2017 12:59:56 | 13804 ROYAL OAKS DR, SALINE COUNTY | | DISTURBANCE \| 3 | terri.carpenter | 621 |
| 2017-008552 | 03/13/2017 23:23:42 | 13804 ROYAL OAKS DR, SALINE COUNTY | ARNOLD, NELLIE | INFORMATION \| 3 | jeremy.harris | 693 |
| 2017-008551 | 03/13/2017 22:51:04 | 13804 ROYAL OAKS DR, SALINE COUNTY | ARNOLD, NELLIE | DISTURBANCE \| 3 | brittney.malone | 693 |
| 2017-008547 | 03/13/2017 21:52:06 | 13804 ROYAL OAKS DR, SALINE COUNTY | | TRESPASSING \| 98 | nathan.nelson | |
| 2017-008418 | 03/12/2017 21:22:25 | 13804 ROYAL OAKS DR, SALINE COUNTY | BEST, LOWELL | SUSPICIOUS PERSON \| 2 | jeremy.harris | 644 |
| 2017-008022 | 03/09/2017 14:44:19 | 13804 ROYAL OAKS DR, SALINE COUNTY | STONE, ELISIBETH | THEFT \| 3 | austen.walls | 623 |
| 2017-007641 | 03/05/2017 23:23:30 | 13804 ROYAL OAKS DR, SALINE COUNTY | lowell best | HARASSING COMMUNICATIONS \| 2 | dillon.carpenter | 633 |

**Total:** 37

**Saline County Defendants' MSJ Exhibit C**

| CFS # | Create When | Location | Caller | Type \| Disposition | User | Primary Unit |
|---|---|---|---|---|---|---|

**Saline County Defendants' MSJ Exhibit C**