IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NELLIE ARNOLD**                        **PLAINTIFF**

VS.              NO.    4:20-CV-729-DPM

**SALINE COUNTY, ARKANSAS, et al.**             **DEFENDANTS**

### AFFIDAVIT OF RECORDS CUSTODIAN

1. My name is David Zuber. I am a Firefighter and Treasurer for the Northeast Saline County Fire Department (NEFD). I am a duly authorized custodian of the NEFD's records and have the authority to certify the NEFD's records;

2. The attached copy is a true and accurate copy of NEFD Medical / Rescue Report # 2017-0299, documenting the dispatch of three firefighters and their assistance provided to Nellie Arnold on July 3, 2017.

3. The NEFD Medical / Rescue Report was prepared by personnel of the NEFD, in the ordinary course of the NEFD's business at or near the time of the act, condition, or event reported therein.

_____
Records Custodian

3-23-2022
Date

State of Arkansas )
                        )
County of Saline )

SWORN AND SUBSCRIBED before me on the 23rd day of March, 2022.

_____
Notary Public

My commission expires:

06-07-2029

```
LEVI GALICIA
NOTARY PUBLIC-STATE OF ARKANSAS
SALINE COUNTY
My Commission Expires 06-07-2029
Commission # 12706125
```

## Northeast Saline County Fire Department

### Medical / Rescue Report

VS.

3

Date: 1-8-17
County Run # 17-332
NEFD Run # 17-299
Officer In Charge:
Incident Location: 13804 Royal Oaks
Person Completing Report:
Type of Call: ~~Asslt~~ Fight

**Patient Information**

Name: Nellie Arnold
Home Address: 13804 Royal Oaks
City/Zip Code:
Phone Number:
Date of Birth: 1-31-38
Age: 76
☐ M
☐ F

Dispatch: 1828
Enroute: 1833
On Scene: 1838
Completed: 1905

Chief Complaint: Fx (L) wrist open
Allergies: unknown
Medications: unknown
Signs/Symptoms: Open Fx (L) wrist c̄ Bleeding
Past Medical History: MI - HTN - CHF
Last Oral Intake: (What and When)
Event: (What happened?)

| Time | BP | Pulse | Resp | Pulse O2 | Responsive Scale | Pupils: | Skin Perfusion: |
|------|----|----|----|----|----|----|----|
| | | | | | Alert  Verbal  Pain  Unresp | ☐ Normal<br>☐ Constricted<br>☐ Dilated<br>☐ No Reaction | ☐ Normal<br>☐ Decreased<br>☐ Not Assessed |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Narrative: Upon arrival SHPD was treating pt by controlling bleeding and placing splint to (L) wrist. NE assisted c̄ splinting them and then placed pt on Backboard c̄ Collar

Equipment/Supplies Used:
Transported? (Yes) No    Which Hospital? UAMS
✓ Medtran    ___ MEMS    Other:
Refuse Treatment / Transport    Patient/Guardian:
Witness:

# of Personnel on Scene: 3
Responding Apparatus: S-1
Mutual aid: Given / Received    Name of Department(s)

Flip over for MVA Report

Saline County Defendants' MSJ Exhibit D