# Saline County Sheriff's Office Policy Manual



2

**Plaintiff's Statement in Opposition - Exhibit C**

# Table of Contents

| | | |
|---|---|---:|
| 1.0 | Address and Telephone Numbers | 4 |
| 2.0 | Appearance: Body Art / Piercings | 5 |
| 3.0 | Appearance: Uniforms & Grooming | 6 |
| 4.0 | Biased Law Enforcement Practices Prohibition and Prevention Policy | 8 |
| 5.0 | Conduct Unbecoming an Employee/Officer | 12 |
| 6.0 | Court Appearances | 13 |
| 7.0 | Deaths: Line of Duty | 15 |
| 8.0 | Disciplinary Procedures | 17 |
| 9.0 | Drug Free Workplace Act | 18 |
| 10.0 | Employee Drug and Alcohol Testing | 19 |
| 11.0 | Employee Grievance Procedures | 20 |
| 12.0 | Enforcement: Mutual Assistance | 21 |
| 13.0 | Ethics | 22 |
| 14.0 | Fraternization | 23 |
| 15.0 | Gratuities, Rewards, and Witness Fees | 24 |
| 16.0 | Harassment | 25 |
| 17.0 | Information: Divulging | 26 |
| 18.0 | Insubordination | 27 |
| 19.0 | Intoxicants, Prescription, Non-Prescription Drugs | 28 |
| 20.0 | Leave | 29 |
| 21.0 | Light Duty | 30 |
| 22.0 | Marked Police Vehicle: Occupants | 31 |
| 23.0 | Media Relations | 32 |
| 24.0 | Off-Duty Employment | 35 |
| 25.0 | Office of Professional Conduct (OPC) | 38 |
| 26.0 | Performance Evaluation | 41 |
| 27.0 | Personal Property and Equipment | 42 |
| 28.0 | Political Activity | 43 |
| 29.0 | Pregnancy Discrimination | 44 |
| 30.0 | Prison Rape Elimination Act (PREA) | 45 |
| 31.0 | Property: Agency | 46 |
| 32.0 | Property: Disposition | 47 |
| 33.0 | Recommendation of Professional Services | 48 |
| 34.0 | Reports: Incident | 49 |
| 35.0 | Search: Person | 50 |
| 36.0 | Sheriff's Office Recognition Program | 51 |
| 37.0 | Social Networking | 56 |
| 38.0 | Substituting Hours | 58 |
| 39.0 | Training | 59 |
| 40.0 | Use of Force | 60 |
| 41.0 | Use of Tobacco | 68 |
| 42.0 | Key Control | 69 |

**Plaintiff's Statement in Opposition - Exhibit C**

# 39.0 Training

Training has often been cited as one of the most important responsibilities in any law enforcement agency. Training serves three broad purposes. First, well-trained officers are generally better prepared to act decisively and correctly in a broad spectrum of situations. Second, training results in greater productivity and effectiveness. Third, it fosters cooperation and unity of purpose. Furthermore, agencies are now being held legally accountable for the actions of their personnel and for failing to provide initial or remedial training. This agency recognizes the importance of training and is committed to providing the best training available to all personnel.

**39.1** Goals

- Meet mandatory and in-service training requirements
- Provide better-educated, more professional personnel
- Provide more efficient and effective accomplishment of departmental objectives
- Improve law enforcement/community relations
- Provide career development opportunities within the department
- Provide training in specialized areas of law enforcement
- Provide consistency in training with department law enforcement responsibilities
- Training for both sworn and civilian personnel
- Planning and developing training programs
- Notifying personnel of required training and training that is available to department personnel
- Assuring that training programs are attended
- Maintaining liaison with the Arkansas Law Enforcement Training Academy, Criminal Justice Institute, and other sources of training
- Overseeing the department's field training program

**39.2**   This agency will follow CLEST guidelines for certified officers

**Plaintiff's Statement in Opposition - Exhibit C**

## 40.0 Use of Force

Law enforcement officers shall use only that force that is reasonably necessary to effectively bring an incident under control or while protecting the lives of the officer or another.

**40.1** Definitions

- Deadly force is defined as "any use of force that is likely to cause death or serious bodily harm."
- Non-deadly force is defined as "any use of force other than that which is considered deadly force."

**40.2** Parameters for Use of Deadly Force:

- An officer may use deadly force only in compliance with State and Federal law.
- A law enforcement officer may additionally discharge a weapon under the following circumstances:
    - During range practice or competitive sporting events
    - To destroy an animal that represents a threat to public safety, or as a humanitarian measure where the animal is seriously injured
- Law enforcement officers shall adhere to the following restrictions when their weapon is exhibited.
    - Except for maintenance or during training, law enforcement officers shall not draw or exhibit their firearm unless circumstances create reasonable cause to believe that it may be necessary to use the weapon in conformance to this policy.
    - Warning shots are prohibited.
    - Firearms shall not be discharged when it appears likely that an innocent person may be injured.

**40.3** Parameters for Use of Non-Deadly Force:

- Where deadly force is not authorized, officers should assess the incident in order to determine which non-deadly technique or weapon will best de-escalate the incident and bring it under control in a safe manner.
- Law enforcement officers are authorized to use non-deadly force techniques and issued equipment for resolution of incidents, as follows:
    - To protect themselves or another from physical harm
    - To restrain or subdue a resistant individual
    - To bring an unlawful situation safely and effectively under control

- Non-deadly force weapons and methods:
    - A deputy is not permitted to use a weapon unless qualified in its proficient use as determined by training procedures.

**Plaintiff's Statement in Opposition - Exhibit C**

- o   The following non-deadly weapons are authorized (in no particular order):
    - Oleoresin Capsicum "O.C." or "Pepper" spray
    - PepperBall System
    - Weaponless Defense/Arrest Tactics - Deputies may use defense tactics in which agency training has been given to control or arrest uncooperative people.
    - Canine - The use of a police canine to search for or apprehend suspects will be considered a use of force under this policy when the canine inflicts injury.
    - Expandable Baton
    - Electronic Control Device

**40.4**   Reporting Uses of Force:

- A written report prepared according to agency procedures will be required in the following situations:
    - o   When a use of force results in the death or injury of a person
    - o   When a firearm is discharged outside the firing range
    - o   When a non-lethal weapon is used on a person

- A supervisor will be immediately summoned to the scene and will comply with investigative procedures as required by the agency in the following situations:
    - o   When a use of force results in the death or serious injury of a person
    - o   When a firearm is discharged outside of the firing range
    - o   When a subject complains that an injury has been inflicted

**40.5**   Agency Response:

- Deadly force incident
    - o   Where a deputy's use of force causes death, the deputy shall be placed on administrative leave with pay after completing all internal investigative requirements, and until it is determined by a mental health professional that the deputy is ready to return to duty.
    - o   This agency will conduct an administrative investigation of the incident and determine if an outside agency should conduct an independent investigation.

- Administrative review of critical incidents:
    - o   All reported uses of force will be reviewed by the appropriate agency authority to determine whether:
    - o   Agency rules, policy or procedure were violated;

**Plaintiff's Statement in Opposition - Exhibit C**

- o   The relevant policy was clearly understandable and effective to cover the situation; and
- o   Agency training is currently adequate.

- All findings of policy violations or training inadequacies shall be reported to the department captain.

- All use of force incident reports shall be retained indefinitely.

**40.6**   Chemical Agent - Oleoresin Capsicum (OC)

The chemical agent Oleoresin Capsicum (OC) and projector used in compliance with these procedures is non-deadly force. The use of OC is authorized to affect a lawful arrest, to prevent escape from lawful custody, to defend the deputy or another from what the deputy reasonably believes is the imminent use of physical force, or to restore institutional integrity in a detention facility.

- OC is not intended to be an alternative to the use of deadly force when such is clearly authorized and is necessary.
- When all reasonable efforts have failed to calm a person who is acting violently and presenting a definite danger to their self or others, a minimum stream may be fired at the person in accordance with manufacturer's recommendations and departmental training received.
- OC will not be discharged in the immediate vicinity of an infant, unless the infant's life is endangered, since their respiratory system is small and especially sensitive to irritating vapors.
- OC will normally be discharged from a distance of at least six (6) feet.
- OC should be aimed at the offender's eyes and firing will be limited to one successful hit which terminates the violent or threatening behavior.
- Following use, the person exposed to OC will:
  - o   Be handcuffed.
  - o   Be assisted to wash-up area and decontaminated within fifteen (15) minutes when possible.
- Flush contaminated area with water.
  - o   Do not apply, nor permit another person to apply oil or grease medications such as butter, cold cream, lanolin, Vaseline, lotion, or salves that could trap the irritant to the skin and thereby cause blistering unless authorized by a physician.
  - o   Exposed areas should not be bandaged; the areas should be exposed to fresh air for evaporation.
  - o   If a person exposed to OC requests medical attention, medical attention will be provided as soon as possible, preferably by a Detention Center nurse.
  - o   Deputies utilizing the OC device shall prepare a Use of Force Report, and notify their supervisor of the incident details.

**40.7**   PepperBall System

The PepperBall System used in compliance with these procedures is non-deadly force. The use of the

**Plaintiff's Statement in Opposition - Exhibit C**

PepperBall System is authorized to affect a lawful arrest, to prevent escape from lawful custody, to defend the deputy or another from what the deputy reasonably believes is the imminent use of physical force, or to restore institutional integrity in a detention facility.

- The PepperBall System will be utilized as an additional weapon and is not intended to replace firearms or self-defense techniques.
- PepperBall projectiles contain PAVA (Capsaicin II) powder, which is a pepper derivative that is extremely hot. The ingredients in hot peppers that are responsible for "the heat" are called capsaicinoids. Capsaicinoids are a family of chemicals and they come with various heat qualities. PAVA (Capsaicin II) is the hottest of the capsaicinoid family.
    - The PepperBall projectile is considered non-lethal because of its lightweight frangible (breakable) qualities and is considered safe at point blank range. The round itself will shatter on impact with skin or bone and discharge a safe micro-pulverized chemical contaminate. The trauma associated with the projectile is only 8 to 10 foot-pounds on contact. Impact may break skin, but will not cause deep tissue wounds or break bones.
    - Although classified as a non-lethal device, the potential exists for the projectiles to inflict injury when they strike the head, neck and spine. Therefore, personnel deploying the PepperBall System shall avoid intentionally striking those body areas unless a life-threatening situation exists.
- A deputy encountering a situation that they believe requires the use of the PepperBall System shall immediately notify the on-duty supervisor. The on-duty supervisor will make the determination as to the deployment of the PepperBall System. If the on-duty supervisor determines that the deployment of the PepperBall System is the correct action to be taken, then they will assign one Deputy to deploy the PepperBall System and one Deputy to operate a video camera, if a video camera is available.
    - The following procedure for the Escalation of Force should be followed. If, for any reason, this procedure cannot be followed, it will be documented in the Use of Force report.

        Escalation of Force with PepperBall
        - Officer presence with PepperBall
        - *Verbal directives and allow time for subject to comply*
        - Point PepperBall at Subject
        - *Verbal directives and allow time for subject to comply*
        - Area Saturation
        - *Verbal directives and allow time for subject to comply*
        - Direct Application
        - *Verbal directives and allow time for subject to comply*
        - Increase direct application

- The first step in post exposure treatment is to place the subject in safe restraints. Next, use cool clean water to help with the post exposure treatment. Use plenty of water and wash the powder completely from the skin.
    - Under normal circumstances, most people recover from PepperBall PAVA Powder exposure within minutes. If the subject hasn't recovered within 30 minutes, seek medical attention.
    - If a subject shows unusual reaction to the PAVA powder, seek medical attention immediately.

**Plaintiff's Statement in Opposition - Exhibit C**

- There are certain expected effects that PAVA will have on most people. Be prepared for these reactions. All of them are considered normal and non-life threatening during the first minutes of exposure. Only prolonged episodes of these effects or unusual unpredictable behavior should cause alarm that would require immediate medical attention.

    Common Effects
    o Dries out the eyes
    o Uncontrollable coughing
    o Gagging, gasping for breath, vomiting
    o Sensation of intense burning
    o Panic

- To clean up an enclosed area, sweep up or rinse off the powder and discard in the trash. If there are particles of PAVA powder that are still airborne, use a spray bottle to mist the area and then mop up the water.

- The Deputy deploying the PepperBall System shall prepare a Use of Force Report.

**40.8   Electronic Control Devices**

It is the policy of this agency to use only that level of force that is reasonably necessary to control or otherwise subdue violent or potentially violent individuals. Authorized Saline County deputies, in accordance with this use of force policy and additional guidelines established in SOP, may use electronic control devices.

**40.9   Firearms: Authorization**

When in uniform, all sworn and certified officers shall carry their issue weapon. Deputies who are eligible to carry a service weapon but have not been issued a department weapon shall present the weapon they intend to carry to the Sheriff or his designee for his approval.

- Routine maintenance and care of the handgun is the responsibility of each deputy. All weapons must at all times be functional, and free from any mechanical defect

- When repair work is required on any weapon used by a deputy in the performance of official duties, the work shall be done by a gunsmith or armorer designated or approved by the Sheriff or his designee.

- When dressed in civilian clothes whether on or off duty, deputies are prohibited from wearing a handgun in such a manner as to attract attention, or to be open to the view of the public unless a badge is clearly visible.

- No deputy will be armed while under administrative suspension, unless possession of a firearm is in compliance with existing state statutes regarding the use and possession of firearms by the general public.

- Service weapons shall not be worn on the gun belt in a holster or other device that places the handle of the weapon more than three (3) inches from the body. When the handle of the weapon is tilted forward *and* away from the deputy's body, the weapon can hang on doors, windows, belts, etc., and makes it easier for another person to take the firearm away from the officer.

- Deputies of this department shall not use firearms unless it is necessary to protect themselves or other persons from death or serious bodily injury.

**40.10   Firearms: Training and Qualifications**

**Plaintiff's Statement in Opposition - Exhibit C**

Every full-time, part-time, and reserve law enforcement officer shall qualify with his/her approved firearm(s) annually, or as directed. That qualification must be fired on an approved firing range under the supervision of a certified firearms instructor.

Deputies will not modify or add anything to any agency firearm without permission from the chief firearms instructor. The chief firearms instructor will specify and approve what accessories and other specifications must be adhered to on a department wide basis. Approval will be submitted for review up the chain of command.

Under normal circumstances, deputies shall not remove weapon-mounted lights, except during cleaning or maintenance.

- The firearms qualification score for law enforcement officers of this agency shall comply with Arkansas state standards
- Firearms Training will be under the direct supervision of the Sheriff, or his designated representative.
- Familiarization and qualification courses will be provided on handgun, shotgun, or other weapons, including night firing qualification as directed by the Sheriff or his designee.
- Any deputy who does not participate in qualification and who does not have a documented excuse approved by their division Lt. will be subject to disciplinary action.
- Deputies will have no more than three (3) chances to pass the course.
- Deputies who fail to qualify will be removed from duties requiring use of that firearm until remedial training can be conducted and the course can be passed.
- Remedial training and qualification will be conducted as soon as feasible, at a time set by the Sheriff or his designee. During remedial training, deputies will have no more than three (3) chances to pass the course.
- Deputies who fail to qualify during remedial qualification will be removed from duties requiring use of that firearm until an administrative review by the command staff can be conducted.
- 
- Any deputy who fails routine qualification shall be placed on firearms probation even if they pass during remedial training.
- While on probation the deputy must attend one (1) firearms training session with a Saline County firearms instructor per calendar month. It shall be the responsibility of the deputy to coordinate training.
- Training will be documented by the instructor. Documentation will include but not limited to number of rounds fired, type of course, amount of time trained, and instructor comments on trainee performance and attitude.
- The probationary period will last until the deputy passes the next official department qualification.

**40.11**   Range Policy:

- Deputies shall follow all instructions from firearms instructors while on the range, regardless of rank.

65

**Plaintiff's Statement in Opposition - Exhibit C**

- Deputies shall follow all posted range rules.
- The Firearms Coordinator or his/her designee will be considered the "Range Master."
- Any certified Firearms Instructor shall have the authority to remove any employee from the range who violates the range rules or county policy. It shall be his/her responsibility to inform that employee's supervisor in writing so appropriate counseling may be administered.

**40.12** Training and qualifications:

- Deadly weapons:
    - While on duty, deputies shall carry only weapons and ammunition authorized by this agency.
    - Authorized weapons are those with which the deputy has qualified and received agency training on proper and safe usage, and that comply with agency specifications.
    - This agency shall schedule regular training and qualification sessions for duty, off-duty, and specialized weapons, which will be graded on a pass/fail basis (minimum passing grade 80%).
    - Deputies who fail to receive a passing score with their duty weapon(s) in accordance with agency testing procedures shall be removed from duties that require that weapon and referred to the command staff for review.
    - A deputy shall not be permitted to carry any weapon in an official capacity with which he/she has not been able to qualify to agency standards.
    - A deputy who has taken extended leave or suffered an illness or injury that could affect his use of firearms ability will be required to re-qualify before returning to duties that require the use of a firearm.

**40.13** Rifle Carry Policy

- Deputies who are issued department owned rifles, must have completed a department approved certified training course and completed a qualification course. Certified operators shall qualify and attend at least annually, a training course to retain authorization to carry. The training course shall cover topics such as:
    - Firearms safety
    - Nomenclature
    - Maintenance
    - Malfunction clearance
    - Transition drills
    - Marksmanship
    - Deployment guidelines
    - Practical shooting exercises

- Deputies are responsible for keeping the rifle clean to ensure it is in working order.
- Deputies carrying any department firearms that have the capability of fully automatic fire must have prior approval of the Sheriff before carrying.
- All rifles will be carried "cruiser ready" in a discreet manner in the rear cargo compartment or patrol trunk in a hard or soft case under normal patrol conditions. The rifle shall be

**Plaintiff's Statement in Opposition - Exhibit C**

       carried in the passenger compartment if the vehicle is equipped with a department provided gunlock device.

- "Cruiser ready" is further defined as:
    - Chamber empty
    - Bolt forward (in battery)
    - Safety On

- Deputies shall carry only SCSO approved ammunition as designated by the chief firearms instructor or his designee.

- Securing of firearms off-duty – Deputies are responsible at all times for the safe storage of their firearms, whether in a vehicle, residence or other facility. Deputies assume the responsibility for taking reasonable precautions so their firearms do not fall into the hands of minors or other unauthorized persons.

- Deputies shall maintain firearm(s) they carry in a clean, serviceable condition and are subject to routine inspections (including personally owned firearms) by any firearms instructor.

**Plaintiff's Statement in Opposition - Exhibit C**