# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**NELLIE ARNOLD**                                                  **PLAINTIFF**

v.                                    **No. 4:20-cv-729-DPM**

**MARANDA TURNER, Both Individually
and in her Official Capacity as a Deputy with
and for the Saline County Sheriff's Office;
BRENT LITTLE, Both Individually and in
his Official Capacity as a Deputy with and for
the Saline County Sheriff's Office;   SALINE
COUNTY SHERIFF'S OFFICE;   RODNEY
WRIGHT, Saline County Sheriff, Both
Individually and in his Official Capacity as
Sheriff of the Saline County Sheriff's Office;
and SALINE COUNTY, ARKANSAS**                **DEFENDANTS**

## JUDGMENT

Arnold's complaint is dismissed with prejudice.   The Court retains jurisdiction until 2 November 2022 to enforce the parties' settlement.

_____

D.P. Marshall Jr.
United States District Judge

4 August 2022